IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK BUNT, #283 450, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-78-TMH ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 7) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

A separate judgment shall issue.

DONE this the 18th day of June, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE